**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 19-10288-JFW(ASx)** | Date: October 15, 2020 |

Title:   Sigma Connectivity AB  -v- I.Am.Plus Electronics, Inc.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

Based on the representation of counsel in Docket No. 23-1, it appears that counsel for the Defendant failed to participate in the Local Rule 7-3 Conference. Accordingly, counsel for Defendant is ordered to show cause, in writing, by **October 16, 2020** why the Court should not impose sanctions in the amount of $1,500.00 against Defendant's counsel for his failure to cooperate with counsel and comply with the Court's Standing Order and Local Rules. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr