NOTE: CHANGES MADE BY THE COURT

JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGMA CONNECTIVITY AB, a Swedish Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.AM.PLUS ELECTRONICS, INC., a Delaware Corporation,<br><br>　　　　Defendant. | CASE NO.: 2:19-cv-10288-JFW-ASx<br><br>**JUDGMENT AGAINST DEFENDANT** |

Whereas, by Order dated June 9, 2021, the Court granted in part, denied in part, Plaintiff SIGMA CONNECTIVITY AB's Motion to Reopen Case and Enter Stipulated Judgment,

**IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment shall be entered in favor of Plaintiff SIGMA CONNECTIVITY AB and against Defendant I.AM.PLUS ELECTRONICS, INC. in the principal amount of $125,000.00, plus pre-judgment interest in the amount of $958.90 and post-judgment interest at a rate of .05%. Plaintiff SIGMA CONNECTIVITY AB is also entitled to its attorneys' fees and costs that may be incurred in the enforcement of this Judgment against Defendant I.AM.PLUS ELECTRONICS, INC.

DATED: June 22, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**JUDGMENT FOR PLAINTIFF**